## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LARRAGA v. ZWICKER & ASSOCIATES                               Case No. 09CV2791
                                                              **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                       Rptr.

                                Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The telephonic early neutral evaluation conference on May 18, 2010, is vacated. The parties have settled the case.

A settlement disposition conference will be held on June 17, 2010, at 8:00 a.m., in the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION CONFERENCE. IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS CASE BY June 10, 2010. IN ADDITION, THE PARTIES SHALL E-MAIL A PROPOSED ORDER GRANTING THE JOINT MOTION TO JUDGE BROOKS'S OFFICIAL E-MAIL ADDRESS (efile_brooks@casd.uscourts.gov) PREFERABLY IN WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER BEING SENT TO OPPOSING COUNSEL.**

**IN CASES INVOLVING PRO SE LITIGANTS OR WHERE ELECTRONIC FILING IS NOT REQUIRED, THE ORIGINAL AND COPIES OF A SIGNED JOINT MOTION TO DISMISS THIS CASE AND PROPOSED ORDER GRANTING THE JOINT MOTION SHALL BE HAND-DELIVERED OR MAILED TO MARCIA GARCIA, LEGAL ASSISTANT, CHAMBERS OF MAGISTRATE JUDGE BROOKS, 940 FRONT STREET, RM. 1185, SAN DIEGO, CA, 92101, PRIOR TO June 10, 2010. IF THE JOINT MOTION AND PROPOSED ORDER HAVE NOT BEEN SUBMITTED, A SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON June 17, 2010, at 8:00 a.m. IN THE CHAMBERS OF MAGISTRATE JUDGE BROOKS.**

The joint motion for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district judge. If a joint motion cannot be submitted on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain why the joint motion was not submitted.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by the parties and counsel shall accompany the joint motion to dismiss. Consent forms are available in the Clerk's office or on-line. Monetary sanctions may be imposed for failure to comply with this order.**

DATE: May 17, 2010                    IT IS SO ORDERED:   *Ruben Brooks*
                                                          Ruben B. Brooks,
                                                          U.S. Magistrate Judge
cc:   Judge Anello                                INITIALS: VL (mg/irc)  Deputy
      All Parties of Record

K:\COMMON\BROOKS\CASES\LARRAGA2791\Minutes01.wpd