Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x241; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED LARRAGA | ) | **Case No.: 09-cv-02791** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| | ) | |
| ZWICKER & ASSOCIATES, P.C., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALFRED LARRAGA, and Defendant, ZWICKER & ASSOCIATES, P.C., hereby jointly move this Court for an order of dismissal as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2. Parties to bear their own fees and costs.

Dated: 6/4/2010                               KROHN & MOSS, LTD.

                                              By:/s/ Ryan Lee
                                              Ryan Lee,
                                              Attorney for Plaintiff

Dated:  6/4/2010                              ZWICKER & ASSOCIATES, P.C.

                                              By:/s/ Robert W. Thuotte
                                              Robert W. Thuotte,
                                              Attorney for Defendant

- 1 -

STIPULATION TO DISMISS